

# Memorandum

| Subject | Date |
|---|---|
| Issuance of Arrest Warrant and Limits of Punishment - DWAYNE SQUARE SENTENCING GUIDELINES CASE | February 28, 2006 |

| To | From |
|---|---|
| Debra P. Hackett, Clerk<br>U.S. District Court<br>Middle District of Alabama | Verne H. Speirs<br>Assistant U.S. Attorney |

Please issue an arrest warrant for the following person who is to be indicted at the February 28, 2006, Grand Jury:

Dwayne Square
Phenix City, AL

LIMITS OF PUNISHMENT
Ct. 1:
NMT $250,000 or twice gross loss
to victim or twice gross gain to
defendant; whichever is greatest;
NMT 10Y, or both;
NMT 3Y SUP REL;
$100 Assessment Fee;
VWPA.

Ct. 2:
NMT $1,000 or twice gross loss
to victim or twice gross gain to
defendant; whichever is greatest;
NMT 1Y, or both;
NMT 1Y SUP REL;
$25 Assessment Fee;
VWPA.

Estimated trial time: 2 days