IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
_____Eastern_____ DIVISION

UNITED STATES OF AMERICA    )
)
v                           )
)  CR. NO. 3:06CR72-WHA
Dwayne Square               )
)

### WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, _Dwayne Square_ defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.

_3/20/2006_                          _[signature]_
DATE                                 DEFENDANT

                                     _[signature]_
                                     ATTORNEY FOR DEFENDANT