**COURTROOM DEPUTY MINUTES**  
**MIDDLE DISTRICT OF ALABAMA**

DATE: 3-20-2006

DIGITAL RECORDING: IA 4:19-4:37 pm  
Arr. 4:38-4:42 pm

- ☐ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: Boyd  
DEPUTY CLERK: sql

CASE NO. 3:06CR72-WHA  
DEFT. NAME: Dwayne SQUARE

USA: Brunson  
ATTY: Bethel  
Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO  
( ) Stand In ONLY

USPTSO/USPO: Martin  (USPTSO circled)

Defendant ___ does ✓ ___ does NOT need an interpreter

Interpreter present ✓ NO ___ YES   NAME: ___

- ☑ kars. — Date of Arrest 3-17-06 or ☐ karsr40
- ☑ kia. — Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☑ kcnsl. — Deft. First Appearance with Counsel
- ☐ — Deft. First Appearance without Counsel
- ☑ — Requests appointed Counsel ☑ ORAL MOTION for Appointment of Counsel ✓
- ☑ kfinaff. — Financial Affidavit executed ☐ to be obtained by PTSO
- ☑ koappted — ORAL ORDER appointing Community Defender Organization ✓ - Notice to be filed.
- ☐ k20appt. — Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐ — Deft. Advises he will retain counsel. Has retained ___
- ☐ — Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐ — Government's WRITTEN Motion for Detention Hrg. filed.
- ☐ kdmhrg. — Detention Hearing ☐ held; ☐ set for ___
- ☐ kotempdtn. — ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ kodtr. — ORDER OF DETENTION PENDING TRIAL entered
- ☑ kocondrls. — Release order entered. Deft. advised of conditions of release
- ☑ kbnd. — ☐ BOND EXECUTED (M/D AL charges) $25,000. Deft released (kloc LR)
- ☐ — ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☐ kloc.(LC) — Bond NOT executed. Deft to remain in Marshal's custody
- ☐ — Preliminary Hearing ☐ Set for ___
- ☐ ko. — Deft. ORDERED REMOVED to originating district
- ☐ kwvprl. — Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐ — Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
- ☑ karr. — ARRAIGNMENT SET FOR: ___ ☑ HELD. Plea of NOT GUILTY entered ✓
- ☐ Set for ___ Trial Term; ☐ PRETRIAL CONFERENCE DATE: ___
- DISCOVERY DISCLOSURES DATE: 3-22-06
- ☐ krmknn. — NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg. — Identity/Removal Hearing set for ___
- ☑ kwvspt — Waiver of Speedy Trial Act Rights Executed