# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

☐ Northern    ☐ Southern    (☐ Eastern)

HON. Delores R. Boyd          AT Montgomery, Alabama
DATE COMMENCED 5-12-2006   @ 10:28   ☑ a.m. ☐ p.m
DATE COMPLETED 5-12-2006   @ 10:30   ☑ a.m. ☐ p.m

m        CASE NO. 3:06CR72-WHA

UNITED STATES OF AMERICA       VS.      DWAYNE SQUARE
Plaintiff(s)                             Defendant(s)

### APPEARANCES

**Plaintiff(s)/Government**          **Defendant(s)**
Verne Speirs                         Jennifer Hart

### COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.        Crt Rptr: _____
Law Clerk: _____                   Interpreter: _____
USPO/USPTS: _____                  Other: _____

### PROCEEDINGS:

☐ Motion Hearing: _____
☐ Status Conference       ☐ Oral Argument        ☐ Evidentiary Hrg.
☐ Revocation              ☐ Scheduling Conf.     ☐ Show Cause
☐ Settlement Conference   ☐ Telephone Conf.      ☐ Sentencing
☐ Non-Jury Trial          ☐ Revocation/Prtrl/SupvRel/Prob
☐ Other _____

✔ Pretrial Conference ✔

Pending Motions: None
Discovery Status: Complete         Plea Status: Prob.
Trial Status/Length: 1/2 Day       Trial Term: 6-26-06