COURTROOM DEPUTY'S MINUTES    DATE: 6-16-2006
MIDDLE DISTRICT OF ALABAMA    DIGITAL RECORDING: 9:49-10:15 am
                              COURT REPORTER: Mitchell Reisner

☐ ARRAIGNMENT          ☑ CHANGE OF PLEA          ☐ CONSENT PLEA
☐ RULE 44(c) HEARING   ☐ SENTENCING

PRESIDING MAG. JUDGE: DRB     DEPUTY CLERK: sql
CASE NUMBER: 3:06CR72-WHA     DEFENDANT NAME: DWAYNE SQUARE
AUSA: Speirs                  DEFENDANT ATTORNEY: Jennifer Hart
                              Type counsel ( )Waived; ( )Retained; ( )CJA; (✓)FPD
                              ( ) appointed at arraignment; ( ) standing in for: _____

PTSO/USPO:
Interpreter present? (✓)NO; ( )YES    Name:

☐ This is defendant's FIRST APPEARANCE.
☐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
☐ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
☐ WAIVER OF INDICTMENT executed and filed.
☐ INFORMATION filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
PLEA:     ☐ Not Guilty
          ☑ Guilty as to:
              ☑ Count(s): 1
              ☑ Count(s): 2         ☐ dismissed on oral motion of USA
                                    ☑ to be dismissed at sentencing
☑ Written plea agreement filed   ☐ ORDERED SEALED
☑ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts ___1___.
☐ CRIMINAL TERM:              ☐ WAIVER OF SPEEDY TRIAL filed.
          DISCOVERY DISCLOSURE DATE:
☑ ORDER: Defendant continued under ☑ same bond; ☐ summons; for:
          ☐ Trial on _____; ☑ Sentencing on _____
☐ ORDER: Defendant remanded to custody of U. S. Marshal for:
          ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
                   ☐ Defendant requests time to secure new counsel