# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | September 27, 2006 | AT: | 9:17 a.m. |
| DATE COMPLETED: | September 27, 2006 | AT: | 9:22 a.m. |

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CR. No. 3:06cr072-WHA |
| | ) |
| DWAYNE SQUARE | ) |

APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| Verne Speirs | Jennifer A. Hart |

### COURT OFFICIALS PRESENT

| | |
|---|---|
| Risa Entrekin, Court Reporter | Terrence Marshall, USPO |
| Elna Behrman, Courtroom Deputy | Lisa Harden, Law Clerk |

### COURTROOM PROCEEDINGS

**(X)     SENTENCING HEARING**

Hearing commences.
Parties have reviewed the presentence report and have no objections.
The court adopts the factual statements contained in the presentence report.
Sentence is stated.
Court orally GRANTS the Government's Preliminary Order of Forfeiture (Doc. #21) and forfeiture will be made a part of the sentence.
No objections to statement of sentence.
Government orally moves to dismiss Count 2 of the Indictment.
Court orally GRANTS the motion, and Count 2 of the Indictment is DISMISSED.
Sentence is ORDERED imposed as stated.
Defendant waives his right to appeal.
Defendant is allowed to remain on bond under the terms and conditions imposed by the Magistrate Judge on March 17, 2006, until he self-surrenders on November 17, 2006.
Defendant is DIRECTED to see the probation officer before leaving.