(Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

| | | Judgment — Page 2 of 6 |
|---|---|---|
| DEFENDANT: | DWAYNE SQUARE | |
| CASE NUMBER: | 3:06cr072-WHA | |

RECEIVED
2006 DEC 20 A 10:37
UNITED STATES
MARSHALS SERVICE
MIDDLE ALABAMA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**12 months.**

X The court makes the following recommendations to the Bureau of Prisons:

The court recommends that the Defendant be designated to a facility where drug counseling is available.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____

☐ as notified by the United States Marshal.

X The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

X before 2 p.m. on   November 17, 2006

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

RETURNED AND FILED
DEC 22 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## RETURN

I have executed this judgment as follows:

Defendant delivered on   12-15-06   to   FPC MONTGOMERY
at   MAXWELL AFB ALABAMA 36112  , with a certified copy of this judgment.

JESSE SEROYER, JR
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL